1  Jordan S. Altura  (SBN: 209431)
   jaltura@gordonrees.com
2  Tino X. Do (SBN: 221346)
   tdo@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant
   AETNA LIFE INSURANCE COMPANY
7
   Ronald Dean (SBN:  47663)
8  rdean@74erisa.com
   1155 Via de la Paz
9  Pacific Palisades, CA  90272-2508
   Telephone:  (310) 459-1636
10 Facsimile:  (310) 459-6224

11 Attorneys for Plaintiff
   ELIZABETH SORIANO
12

13                UNITED STATES DISTRICT COURT

14                    EASTERN OF CALIFORNIA

15

16 ELIZABETH SORIANO              )  CASE NO. 2:15-cv-00220-TLN-CKD
                                  )
17           Plaintiff,            )  **JOINT STIPULATION RE DE NOVO STANDARD OF REVIEW AND RELIANCE ON DOCUMENTS CONTAINED IN ADMINISTRATIVE RECORD; ORDER**
                                  )
18      vs.                       )
                                  )
19 AETNA LIFE INSURANCE COMPANY;  )
   HEWLETT PACKARD LIFE INSURANCE PLAN )
20                                )
             Defendants.           )
21                                )

22

23     Plaintiff Elizabeth Soriano ("Plaintiff") and Defendant Aetna Life Insurance Company

24 ("Aetna") (collectively "the Parties") hereby stipulate and agree as follows:

25     WHEREAS, Plaintiff filed a Complaint under the Employee Retirement Income Security

26 Act ("ERISA") on January 27, 2015;

27     WHEREAS, Aetna agrees to the *de novo* standard of review;

28     WHEREAS, Plaintiff served her First Set of Interrogatories on March 24, 2015 regarding

-1-
JOINT STIPULATION RE DE NOVO STANDARD OF REVIEW AND RELIANCE ON
DOCUMENTS CONTAINED IN ADMINISTRATIVE RECORD; ORDER

the documents contained in administrative record, and the basis of Aetna's denial and affirmative defenses in its Answer to Plaintiff's Complaint;

WHEREAS, Aetna objects to Plaintiff's interrogatories as improper in an action under ERISA;

WHEREAS, to avoid the unnecessary expenditure of time and resources with respect to discovery and motion practice, the Parties agree that they will rely solely on the group disability policy, plan documents and claim file that make up the administrative record in this ERISA action;

WHEREAS, Aetna produced the administrative record to Plaintiff on April 15, 2015.

WHERAS, Plaintiff withdraws the First Set of Interrogatories;

THEREFORE, the Parties agree to apply the *de novo* standard of review, and to rely solely on the documents and information contained in the administrative record in this ERISA action.

IT IS SO STIPULATED.

Dated:  April 28, 2015                                RONALD DEAN

By  */s/ Ronald Dean*
       Ronald Dean
Attorneys for Plaintiff
ELIZABETH SORIANO


Dated:  April 28, 2015                                GORDON & REES LLP

By  */s/ Jordan S. Altura*
       Jordan S. Altura
       Tino X. Do
Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

/ / /

/ / /

/ / /

/ / /

-2-
JOINT STIPULATION RE DE NOVO STANDARD OF REVIEW AND RELIANCE ON DOCUMENTS CONTAINED IN ADMINISTRATIVE RECORD; ORDER

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 30, 2015

_____
Troy L. Nunley
United States District Judge